UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH YANEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMADA CORP,<br><br>    Defendant. | NO:  2:13-CV-429-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Joint Motion to Dismiss with Prejudice, ECF No. 12.  Having reviewed the motion and the file and pleadings therein, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice, **ECF No. 12**, is **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 3rd day of December 2014.


      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2